```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/29/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKAYLA FAGNANI, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

-against-

COLART INTERACTIVE, INC.,

                Defendant.

24 Civ. 1035 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated May 24, 2024, requesting leave to move to dismiss Plaintiff's complaint for lack of standing, ECF No. 15, as well as Plaintiff's response, ECF No. 16. Accordingly:

1. Defendant's request for leave to move to dismiss Plaintiff's complaint is GRANTED;
2. By **July 3, 2024**, Defendant shall file its motion papers;
3. By **July 24, 2024**, Plaintiff shall file her opposition papers; and
4. By **August 7, 2024**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: May 29, 2024
         New York, New York

                                                  ANALISA TORRES
                                       United States District Judge