```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _06/05/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKAYLA FAGNANI, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

-against-

COLART INTERACTIVE, INC.,

                Defendant.

24 Civ. 1035 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 8, 2024, the Court ordered the parties to file a joint letter and proposed case management plan by May 30, 2024. ECF No. 12. Those submissions are now overdue.

    Accordingly, by **June 12, 2024**, the parties shall file a joint letter and their proposed case management plan, and indicate whether they consent to proceed before the assigned magistrate judge.

    SO ORDERED.

Dated: June 5, 2024
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge